IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03207-CMA-SBP

TERANCE-DEJUAN WILSON,

    Plaintiff,

v.

OSVALDO SOTO, C.S.P.,
CO. NATHAN LARIMORE, C.C.P.,
SGT. SOTO, C.C.F., and
SGT. STICE, C.C.F.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment [ECF No. 144] of Senior United States District Christine M. Arguello entered on July 11, 2024, it is

ORDERED that Defendants Osvaldo Soto, Robert Soto, Jacob Stice, and Nathan Larimore's Motion for Summary Judgment [ECF No. 126] is GRANTED.  It is further

ORDERED that Plaintiff Terance Wilson's action is DISMISSED WITH PREJUDICE.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiff.  It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further ORDERED that this case is closed.

Dated: July 11, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk